IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION FILE NO. 1:21-cr-000451-WMR-JKL-2 |
| WALTER VALDIVIA, | |
| Defendant. | |

# ORDER

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation ("R & R") [Doc. 408], which recommends that Defendant Walter Valdivia's Motion to Sever [Doc. 390] be denied. No objection to the R & R has been filed.

## I.   LEGAL STANDARD

Under 28 U.S.C. § 636(b)(1), the Court reviews the R & R for clear error if no objections are filed by a party within 14 days after being served with a copy. If a party files objections, however, the Court must determine *de novo* any part of the R & R that is the subject of a proper objection. *Id*.  As no timely objection has been filed in this case, the clear error standard applies.

## II.  CONCLUSION

After considering the Final Report and Recommendation [Doc. 408], the Court receives the R & R with approval and adopts its findings and legal conclusions as the Opinion of this Court. Accordingly, IT IS HEREBY ORDERED that Defendant Walter Valdivia's Motion to Sever [Doc 390] is **DENIED**.

IT IS SO ORDERED, this 22nd day of April, 2024.

_____
WILLIAM M. RAY, II
United States District Court Judge
Northern District of Georgia